**10th CIR. FORM 4. DISCLOSURE STATEMENT**

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| LEW S. MCGINNIS,<br><br>v.<br><br>NATIONWIDE LIFE AND ANNUITY INSURANCE CO., et al. | Case No. 26-6136 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of NATIONWIDE LIFE INSURANCE CO. certifies[1] as follows:

☒ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1:

Nationwide Life Insurance Co. is not a parent, subsidiary or other affiliate of a publicly owned corporation.

Nationwide Life Insurance Co. is 100% owned by Nationwide Financial Services, Inc.

Nationwide Financial Services, Inc. is a wholly-owned subsidiary of Nationwide Corporation.

Nationwide Mutual Insurance Company owns 100% of Nationwide Corporation.

☐ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

Dated: September 16, 2026

Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

*/s/ Peter M. Kramer*

Peter M. Kramer
200 South Biscayne Boulevard, Suite 3400
Miami, FL 33131
Tel.: (305) 577-7000
Email: peter.kramer@squirepb.com

Eleanor M. Hagan
1000 Key Tower, 127 Public Square
Cleveland, OH 44114
Tel: (216) 479-8500
Email: eleanor.hagan@squirepb.com

**CERTIFICATE OF SRVICE**

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Disclosure Statement
[date]

_______________________________________________________________________________
[name of party]

at________________________________________________________________________________,
[address]

the last known address/email address, by

_______________________________________________.
[method of service]

Dated: September 16, 2026

*/s/ Peter M. Kramer*
Peter M. Kramer