UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| LEW S. MCGINNIS, an individual<br><br>v.<br><br>NATIONWIDE LIFE AND ANNUITY INSURANCE CO., NATIONWIDE LIFE INSURANCE CO. AND JAMES A. MUELLER | Case No. 26-6136 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Lew S. McGinnis
[Party or Parties][1]

Appellant/Petitioner, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

| | |
|---|---|
| Joyce W. Lindauer<br>Name of Counsel | <br>Name of Counsel |
| [signature]<br>Signature of Counsel | <br>Signature of Counsel |
| 117 S. Dallas Street, Ennis, TX 75119<br>Telephone: (972) 503-4033<br>Mailing Address and Telephone Number | <br>Mailing Address and Telephone Number |
| joyce@joycelindauer.com<br>E-Mail Address: | <br>E-Mail Address |

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

---

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

9/16/2026
Date

Signature

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ____________________________ I sent a copy of this Entry of Appearance Form to:

______________________________________________________________________________

at__________________________________________________________________________,

the last known address/email address, by ____________________________________________.
[state method of service]

9/16/2026
______________________________
Date

______________________________
Signature