UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| LEW S. McGINNIS, Plaintiff - Appellant,<br><br>v.<br>NATIONWIDE LIFE AND ANNUITY INSURANCE CO., et al.,<br>Defendants - Appellees. | Case No. 26-6136 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

James A. Mueller, Defendant - Appellee
[Party or Parties][1]

Appellee, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Attorneys entering appearances must include their signatures below.

James F. Kelly
Name of Counsel

Signature of Counsel

210 Park Ave., Ste. 2810, Oklahoma City, OK 73102, (918) 606-6925
Mailing Address and Telephone Number

jfkelly@grsm.com
E-Mail Address

Robert A. Bragalone
Name of Counsel

Signature of Counsel

2200 Ross Ave., Ste. 3700, Dallas, TX 75201, (214) 231-4714
Mailing Address and Telephone Number

bbragalone@grsm.com
E-Mail Address

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

---

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☒ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Robert B. Houston, Gordon & Rees, appeared for Defendant - Appellee James A. Mueller in the district court proceedings below and is not entering an appearance in this Court.

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

September 16, 2026
Date

/s/ James F. Kelly
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ______________________________ I sent a copy of this Entry of Appearance Form to:
[date]

_____________________________________________________________________________________

at_________________________________________________________________________________,

the last known address/email address, by ______________________________________________.
[state method of service]

September 16, 2026
Date

/s/ James F. Kelly
Signature