UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

September 17, 2026

Quoc-Bao Di Ma
Brian Koeppen
Martin S. Schexnayder
Freeman Mathis & Gary
1800 West Loop South, Suite 1110
Houston, TX 77027

Mr. Thomas Haskins Hull Jr.
Hall Estill
521 East 2nd Street, Suite 1200
Tulsa, OK 74120

**RE: 26-6136, McGinnis v. Nationwide Life and Annuity Insurance Co., et al**
Dist/Ag docket: 5:23-CV-00641-G

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respects:

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

You have not filed a 26.1 Disclosure Statement. You must file a 26.1 Disclosure Statement even if there is no information to disclose. *See* Fed. R. App. P. 26.1 and 10th Cir. R. 26.1(A).

Please correct the stated deficiency within three days of the date of this notice if this appellee intends to participate in this appeal. If this party does not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible. Please note that filing a "notice of non-participation" does not absolve appellee of filing a R 26.1 Disclosure Statement if previously directed to do so.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Robert Alan Bragalone
Eleanor M. Hagan
Tina Lynn Izadi
James Kelly
Peter Michael Kramer
Joyce Lindauer

CMW/art