**CIRCUIT MEDIATION OFFICE**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

September 18, 2026

Joyce Lindauer, Esq.
Lindauer & Vaughn
117 South Dallas Street
Ennis, TX  75119

Peter M. Kramer, Esq.
Eleanor M. Hagan, Esq.
Squire Patton Boggs, LLP
200 South Biscayne Boulevard
Miami, FL  33131

James F. Kelly, Esq.
Gordon Rees Scully Mansukhani, LLP
210 Park Avenue, Suite 2810
Oklahoma City, OK  74133

Robert A. Bragalone, Esq.
Gordon Rees Scully Mansukhani, LLP
2200 Ross Avenue, Suite 3700
Dallas, TX  75201

Thomas H. Hull, Jr., Esq.
Hall Estill
521 East 2nd Street, Suite 1200
Tulsa, OK  74120

Quoc-Bao Di Ma, Esq.
Freeman Mathis & Gary, LLP
1800 West Loop South, Suite 1110
Houston, TX  77027

Brian Koeppen, Esq.
Martin S. Schexnayer, Esq.
Freeman Mathis & Gary
1800 West Loop South, Suite 1110
Houston, TX  77027

RE:  No. 26-6136 – Lew S. McGinnis v. Nationwide Life and Annuity Insurance Co., et al.

# MEDIATION CONFERENCE NOTICE

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **ZOOMGOV** mediation conference has been scheduled in this case for **Monday, October 5, 2026 at 10:00 AM, MOUNTAIN TIME**. This office will forward an invitation to the ZoomGov meeting. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator